1 | RUSSELL I. GLAZER (SBN 166198)
ARVIN TSENG (SBN 245648)
2 | TROYGOULD PC
1801 Century Park East, 16th Floor
3 | Los Angeles, California 90067-2367
Telephone:  (310) 553-4441
4 | Facsimile:  (310) 201-4746
E-mail:       ayt@troygould.com
5 |

JS-6

6 | Attorneys for Defendants
Mercator Momentum Fund, L.P, M.A.G.
Capital, LLC and David Firestone
7 |

8 | GABRIEL J. FISCHBARG (admitted pro hac vice)
EDWARD G. TOPTANI (admitted pro hac vice)
TOPTANI LAW OFFICES
9 | 127 East 59th Street, 3rd Floor
New York, NY 10022
10 | Telephone:  (212) 699-8930
Facsimile:  (212) 699-8939
11 |

12 | Attorneys for Plaintiff
Joseph Umbach

13 |

UNITED STATES DISTRICT COURT

14 |

CENTRAL DISTRICT OF CALIFORNIA

15 |

16 | JOSEPH UMBACH,                      )   Case No. CV 07-6861 R(JTLx)
                                     )
17 |          Plaintiff,              )
                                     )   ORDER RE DISMISSAL
18 |     v.                           )
                                     )
19 | MERCATOR MOMENTUM FUND,          )
L.P., a California Limited Partnership; )
20 | M.A.G. CAPITAL, LLC, a California  )
Limited Liability Company; and DAVID )
21 | FIRESTONE,                        )
                                     )
22 |          Defendants.             )
                                     )

23 |

24 |

25 |

26 |

27 |

28 |

**TroyGould
PC**

[PROPOSED] ORDER RE DISMISSAL

01942/0008 181436.1

**ORDER**

Upon the parties having so stipulated, **IT IS HEREBY ORDERED** that

1. The above-captioned case shall immediately be dismissed, without prejudice, with each side to bear its own costs and attorneys' fees.

2. The Stipulated Order Issuing Preliminary Injunction Regarding Defendant's Assets, entered in this case on January 17, 2008, shall immediately be lifted and shall be of no further force or effect.

3. If the consideration required to be delivered pursuant to sections 2(a) and 2(b) of the settlement agreement has not been fully delivered to plaintiff by December 27, 2008, he may file a motion to reopen the case, provided that he does so no later than December 27, 2008.

4. If Plaintiff does not file such a motion by December 27, 2008, then the dismissal of the case shall be with prejudice, with each side to bear its own costs and attorneys fees.

DATED: _November 13, 2008_

_____
Honorable Manuel Real
United States District Judge

**TroyGould
PC**

1

[PROPOSED] ORDER RE DISMISSAL

01942/0008 181436.1